IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2019 JAN 29 P 2:14
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT, ALA.

Lance Vomare Siler
804 Doris Cir
Montgomery, AL 36105
Plaintiff(s),

v.

King William Apt
344 Montgomery AL 36104
Defendant(s)
Housing Partnership

CIVIL ACTION NO. 2:19-cv-92-MHT-GMB

JURY DEMAND (MARK ONE)
☑ YES   ☐ NO

COMPLAINT

1. Plaintiff(s)' address and telephone number: Lance V. Siler 804 Doris Cir Montgomery, AL 36105  334 777 3583

2. Name and address of defendant(s): King William's Apt 344 Montgomery Street, Montgomery AL 36104

3. Place of alleged violation of civil rights: King Williame Apt 344 Montg. Street Montgomery AL 36104

4. Date of alleged violation of civil rights: 7-6-18  7-8-18

5. State the facts on which you base your allegation that your constitutional rights have been violated: On the 7-6-18 I went up to the 7th flour to ask mr John Sawyer can he come down and help me with my Apt then I ask hem why did he tell Red Cross not to help me, The he tells me me he don't won't here that shit. I tell he you don't never won't to here what pepole got to say about thay Apt. The he state you punk mother fucker I the ask hem what he said he the said it again you heard me you punk motha. I told me that I was going to make hem pay for what he said to me I got hem on record saying this to me. then I call home office and played it to them then home office mac hem hem call me why they was on the phone to say that he was sorry for what he said But it still dase not make it right, becaus what you said out your meuth you can't take it back. So am sueing them for $75000 for his

6. Relief requested: So Am I this care to to sue King Willrams Apt for R$5000 for sexual discrimination against me by mr. John Sawyer that works for King Willium's Gulf Coast Housing partneship this is hate crime words sexuality discrimination on the date 7-8-2017

Date: 01-29-19

Lance Siler
Plaintiff(s) Signature

2