IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LANCE VONARD SILER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv92-MHT |
| | ) | (WO) |
| KING WILLIAMS APARTMENTS, | ) | |
| Gulf Coast Housing | ) | |
| Partnership, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

Plaintiff filed this lawsuit asserting "sexual discrimination." Complaint (doc. no. 1) at 2. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff be allowed to proceed in forma pauperis and that his case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the

magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of March, 2019.

                               /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**